**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00401-REB-KLM

VICTORIA L. STARKS,

    Plaintiff,

v.

CSL PLASMA CENTERS,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#65], filed April 6, 2011.  No objections having been filed to the recommendation, I review it only for plain error.  **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] This standard pertains even though plaintiff is proceeding *pro se* in this matter.  **Morales-Fernandez**, 418 F.3d at 1122.  In addition, because plaintiff is proceeding *pro se*, I have construed her pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

1. That the **Recommendation of United States Magistrate Judge** [#20], filed June 28, 2011, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's claims in this case are **DISMISSED WITH PREJUDICE** pursuant to Fed.R.Civ.P. 41(b) for failure to comply with duly issued orders of the court and failure to prosecute, as detailed fully in the magistrate judge's recommendation;

3. That **Defendant CSL Plasma Inc.'s Partial Motion To Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1)** [#13], filed May 6, 2011, is **DENIED AS MOOT**; and

4. That judgment **SHALL ENTER** on behalf of defendant, CSL Plasma, Inc., misnamed in the caption as "CSL Plasma Centers," and against plaintiff, Victoria L. Starks, as to all claims and causes of action asserted herein; provided, that judgment as to these defendants **SHALL BE** with prejudice.

Dated August 9, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge